**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HERNAN PRADOS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>METROMILE, INC., DAN PRESTON, COLIN BRYANT, JOHN BUTLER, SANDRA CLARKE, RYAN GRAVES, and VIKAS SINGHAL,<br><br>　　Defendants. | Case No: 2:22-cv-00100-CCC-AME<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Hernan Prados hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: March 24, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**HALPER SADEH LLP**

　　　　　　　　　　　　　　　　　　　　/s/ Zachary Halper
　　　　　　　　　　　　　　　　　　　　Zachary Halper, Esq.
　　　　　　　　　　　　　　　　　　　　186 Darwin Lane
SO ORDERED　　　　　　　　　　　　　North Brunswick, NJ 08902
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0060
　*s/Claire C. Cecchi*　　　　　　　　　　Facsimile: (646) 776-2600
Claire C. Cecchi, U.S.D.J.　　　　　　　Email: zhalper@halpersadeh.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

Date:　3/25/2022

1